UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.   4:20-CR-40061-004 |
| | ) | |
| v. | ) | |
| | ) | |
| Kaella D. Barners, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

This matter is before the Court on the Government's motion (Doc. 244) pursuant to 18 U.S.C.§§ 3613(a) and 3664(n) requesting the Court to enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the inmate trust account for the above-mentioned defendant as payment for the criminal monetary penalties imposed in this case. As set forth in the Government's motion, the Bureau of Prisons maintains in its possession, custody, or control $825.00 in encumbered funds belonging to the defendant that are currently in the Defendant's trust account. The Defendant's debt balance is currently $825.00

The Government filed its motion on February 15, 2023 and the Defendant has not responded. Under SDIL-LR 7.1(c), the Court treats this failure to timely respond as an admission of the merits of the Government's motion.

At this time, there is no reason to conclude that the Bureau of Prisons has done anything with said funds and for the reasons stated in the motion, the Court concludes that cause exists to grant the motion, and, therefore, it is hereby ORDERED that the Motion of United States of America to Authorize Payment from Inmate Trust Account GRANTED; and it is further ORDERED that the Bureau of Prisons is authorized to turnover to the Clerk of Court, and the Clerk

of Court shall accept funds in the amount of $825.00 currently held in the trust account for the following inmate:

> Kaella D. Barners
> Reg. No. 14751-025
> FCI Aliceville
> P.O. Box 4000
> Aliceville, AL 35442

The Clerk shall apply these funds as payment towards the criminal monetary penalties owed by the Defendant in this case. Payments are to be made payable to the Clerk of the District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Plaintiff is to provide a copy of this Memorandum and Order to the Federal Bureau of Prisons.

**IT IS SO ORDERED.**
**DATED: March 20, 2023**

                                           /s J. Phil Gilbert
                                           **J. PHIL GILBERT**
                                           **UNITED STATES DISTRICT JUDGE**